# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No: 1:19-CR-00168-AWI-BAM |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER APPOINTING COUNSEL** |
| OLIVERA-RUELAS, ISMAEL, | ) | |
| Defendant. | ) | |

The above-named Defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he/she is financially unable to obtain counsel and wishes counsel be appointed to represent him/her. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED appointing Carolyn Phillips to represent the above defendant in this case effective *nunc pro tunc* to 12/17/2019 and substituted for the Federal Defenders Office.

This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated:  January 13, 2020

_____
SENIOR DISTRICT JUDGE